~~United States D~~istrict Court
Southern District of Texas
**ENTERED**
July 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., *Plaintiff*, | § § § | |
| vs. | § § | Civil Action No. 4:15cv3497 |
| TANIA V. MENENDEZ, *ET AL.*, *Defendants*. | § § § | |

## Order

On June 27, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (15). No party filed objections. The memorandum and recommendation is adopted as this court's order. A default final judgment will be entered in favor of Joe Hand Promotions, Inc. against Tania V. Menendez, Ana M. Castillo, and Bongos Sports Bar, Inc.

Signed July 22, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge